Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorneys
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 1 2 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILSON LOUIS HUNT, <br><br> Defendant. | 1:23-CR-2048-SAB <br><br> INDICTMENT <br><br> 18 U.S.C. §§ 922(g)(1), 924(a)(2) <br> Felon in Possession of Firearms <br><br> 18 U.S.C. § 924(d), 28 U.S.C. 2461(c) <br> Forfeiture Allegations |

The Grand Jury charges:

On or about October 6, 2018, in the Eastern District of Washington, the Defendant, WILSON LOUIS HUNT, knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce firearms, to wit:

- a Heckler and Koch, 9 millimeter pistol, bearing serial number 129-004730;

- a Glock 22, .40 caliber pistol, bearing serial number EEX837;

INDICTMENT – 1

- a Ruger P89DC, 9 millimeter pistol, bearing serial number 303-44105; and

- a Ruger LCP, .380 caliber pistol, bearing serial number 372109375;

which firearms had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated herein by this reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, Defendant, WILSON LOUIS HUNT shall forfeit to the United States of America, any firearms, ammunition, and accessories involved or used in the commission of the offense, including, but not limited to:

- a Heckler and Koch, 9 millimeter pistol, bearing serial number 129-004730;

- a Glock 22, .40 caliber pistol, bearing serial number EEX837;

- a Ruger P89DC, 9 millimeter pistol, bearing serial number 303-44105;

//

//

//

//

INDICTMENT – 2

- a Ruger LCP, .380 caliber pistol, bearing serial number 372109375; and

- any and all seized magazines and ammunition

DATED this 12 day of September, 2023.

A TRUE BILL

███████████████████████████

Foreperson

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_[signature]_

Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 3